UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:15-CR-101-JVB-PRC |
| | ) | |
| WALTER WOLDT, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEA OF GUILTY BY DEFENDANT WALTER WOLDT**

TO:  THE HONORABLE JOSEPH S. VAN BOKKELEN,
 UNITED STATES DISTRICT COURT

Upon Defendant Walter Woldt's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on August 24, 2016, with the consent of Defendant Walter Woldt, counsel for Defendant Walter Woldt, and counsel for the United States of America.

The hearing on Defendant Walter Woldt's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Walter Woldt under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Walter Woldt,

I FIND as follows:

(1) that Defendant Walter Woldt understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Walter Woldt understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses,

and his right against compelled self-incrimination;

(3) that Defendant Walter Woldt understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Walter Woldt understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Walter Woldt has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Walter Woldt is competent to plead guilty;

(6) that Defendant Walter Woldt understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Walter Woldt plea; and further,

I RECOMMEND that the Court accept Walter Woldt's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Walter Woldt be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Walter Woldt be adjudged guilty, a sentencing date before Judge Joseph S. Van Bokkelen will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 24th day of August, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT