# United States District Court
# Northern District of Indiana
# Hammond Division

UNITED STATES OF AMERICA

v.  Case No. 2:15-CR-101 JVB

WALTER WOLDT

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge filed on August 24, 2016, on a plea of guilty by Defendant Walter Woldt (DE 35). No objections have been filed to Magistrate Judge Cherry's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Walter Woldt, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the indictment.

SO ORDERED on September 19, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge